| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* S06cr101-03 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 09-00115-01-CR-W-DW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Javin Larnell Brown | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable John E. Sprizzo | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 10, 2007 — TO May 9, 2009 |

OFFENSE:

Conspiracy to evade immigration laws (18 USC 371), Class B Misdemeanor.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **WESTERN DISTRICT OF MISSOURI** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4-2-09_
Date

_[signature]_
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MISSOURI**

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4-13-09_
Effective Date

_[signature] Dean Whipple_
United States District Judge