# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                        **09-00115-01-CR-W-DW**

**JAVIN LARNELL BROWN**

**USM Number:**  584380-054

Robert Kuchar, FPD

_____

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:**     admitted guilt to violation of condition(s) Standard of the term of supervision.

The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard | Defendant shall notify the probation officer ten days prior to any change in residence or employment. | March 17, 2009 |
| Standard | Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | March 17, 2009 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.   If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
May 13, 2009

_/s/ Dean Whipple_
DEAN WHIPPLE
UNITED STATES DISTRICT JUDGE

May 13, 2009

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations

JAVIN LARNELL BROWN
09-00115-01-CR-W-DW

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 days.**

The defendant is remanded to the custody of the United States Marshal.

The defendant is given credit for time served.  No term of supervised release is imposed.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL


By:_____

Deputy U.S. Marshal

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations